FORM L77 Notice of Entry of Order in a Bankruptcy Case (v.1.07) 09-90730 - D - 7



**UNITED STATES BANKRUPTCY COURT**
**Eastern District of California**

1200 I Street, Suite 4
Modesto, CA 95354

(209) 521-5160
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**5/14/09**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

msam

## NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number: 09-90730 - D - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Sonia Lopez
xxx-xx-5784

3301 Fosburgh Rd #121
Turlock, CA 95380

**NOTICE IS HEREBY GIVEN THAT:**

An order discharging the Order to Show Cause was entered on the docket in this case on May 14, 2009. The document number and docket text for this order are set forth below.

[24] - Civil Minute Order Discharging [11] Order to Show Cause - Failure to File Documents (msam)

This case will remain pending.

Dated:
5/14/09

For the Court,
Richard G. Heltzel, Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0972-9           User: msam                  Page 1 of 2                   Date Rcvd: May 14, 2009
Case: 09-90730                 Form ID: L77                Total Served: 72


The following entities were served by first class mail on May 16, 2009.
db           +Sonia Lopez,   3301 Fosburgh Rd #121,   Turlock, CA 95382-0635
aty          +Austin P. Nagel,   111 Deerwood Rd #388,   San Ramon, CA 94583-1551
tr           +Stephen C. Ferlmann,   PO Box 579375,   Modesto, CA 95357-9375
16166944     +AT T,   P0 BOX 8212,   Aurora IL 60572-8212
16166949     +BYL Collection Services LLC,   301 Lacey St,   West Chester PA 19382-3735
16166945     +Bank Of America,   PG BOX 15715,   Wilmington DE 19886-0001
16166946     +BankCard USA Merchant Services,   5701 Lindero Canyon Rd Bldg 3,   Westlake Village CA 91362-4060
16166947     +Bay Area Credit Services,   2860 Zanker Rd Suite 105,   San Jose CA 95134-2119
16166948     +Bureau Of Account Management,   P0 BOX 8875,   Camp Hill PA 17001-8875
16266621   ++++CAVALRY PORTFOLIO SERVICES, LLC,   7 SKYLINE DR STE 350,   HAWTHORNE NY 10532-2162
              (address filed with court: Cavalry Portfolio Services, LLC,   7 Skyline Dr 3rd Fl,
              Hawthorne NY 10532)
16166957     ++CLEAR CHECK PAYMENT SOLUTIONS LLC,   135 INTERSTATE BOULEVARD,   GREENVILLE SC 29615-5720
              (address filed with court: Clearcheck Payment Solutions,   P0 BOX 27087,   Greenville SC 29616)
16166959     +CMIRE Financial Services,   3075 E Imperial Hwy 200,   Brea CA 92821-6753
16166950     +Capital Benefit Mortgage Inc,   2727 Newport Blvd 203,   Newport Beach CA 92663-3757
16166951     +Cavalry Portfolio Services,   P0 BOX 1017,   Hawthorne NY 10532-7504
16166954     +Charter-Santa Cruz,   475 Airport Blvd,   Watsonville CA 95076-2026
16166955      Circuit City Stores,   P0 BOX 43270,   Richmond VA 23242
16166956     +City Of Visalia,   Business Tax Division,   P0 BOX 4002,   Visalia CA 93278-4002
16166958     +Client Services INC,   3451 Harry Truman Blvd,   St Charles MO 63301-9816
16166960     +Columbia House,   PO BOX 91601,   Indianapolis IN 46291-0601
16166961     +Credit Protection Association,   13355 Noel Rd,   Dallas TX 75240-6602
16166962     +Direct Express,   P0 BOX 495999,   Cinti OH 45249-5999
16166964     +Donald and Wendy Bonander,   2412 Holiday Ct,   Madera CA 93637-4243
16166965     +E R Solutions,   P0 BOX 9004,   Renton WA 98057-9004
16166966     +Emergency Med Services,   410 W Mineral King,   Visalia CA 93291-6237
16166967     +Emergency Medical Group,   P0 BOX 11719,   Westminister CA 92685-1719
16166968     +Encore Receivable Management INC,   P0 BOX 3330,   Olathe KS 66063-3330
16166969     +Esther Vasquez,   1543 N Willis St,   Visalia CA 93291-2905
16166970     +Financial Credit Network,   1300 W Main St,   Visalia CA 93291-5825
16166971     +Financial Credit Network,   P0 BOX 3084,   Visalia CA 93278-3084
16166972     +GC Services Limited Partnership,   P0 BOX 2667,   Houston TX 77252-2667
16166974     +Green Box Rentals,   6988 Avenue 304,   Visalia CA 93291-9510
16166976     +Kaweah Delta Health Care Clinic,   400 West Mineral King,   Visalia CA 93291-6237
16166977     +LTD Financial Services L P,   7322 Southwest Freeway Ste 1600,   Houston TX 77074-2053
16166979     +NCO Financial Systems INC,   P0 BOX 61247,   Virginia Beach VA 23466-1247
16166980     +North Shore Agency,   270 Spagnoli Rd,   Melville NY 11747-3516
16166981     +Proactive Solution,   P0 BOX 11448,   Des Moines IA 50336-1448
16166982      Probation Accounting Services,   Courthouse Room 206,   Visalia CA 93291
16166983     +Professional Account Services,   P0 BOX 188,   Brentwood TN 37024-0188
16166984      Progressive Management Systems,   PG BOX 2220,   West Covina CA 91793
16166986     +RJN 1 Acquisitions,   P0 BOX 18006,   Hauppauge NY 11788-8806
16166985     +Reliant Recovery Services,   2210 East Route 66 Suite 101,   Glendora CA 91740-4677
16166987     +S B S Trust Deed Network,   31194 La Baya Drive Suite 106,   Westlake Village CA 91362-6426
16166991     +SKO Brenner American INC,   P0 BOX 230,   Frmngdale NY 11735-0230
16166988     +Santa Cruz County,   P0 BOX 1439,   Santa Cruz CA 95061-1439
16166989      Santa Cruz Sentinel,   PO BOX 3084,   Visalia CA 93278-3084
16166990     +Silkies Enriche,   P0 BOX 70120,   Philadelphia PA 19176-0120
16166992     +Sprint,   P0 BOX 541023,   Los Angeles CA 90054-1023
16247383      Sprint Nextel,   Sprint Nextel - Correspondence,   Attn: Bankruptcy Dept,   PO Box 7949,
              Overland Park KS 66207-0949
16166993     +State Farm Insurance Co,   P0 BOX 2746,   Jacksonville FL 32232-2746
16166994     +State of California,   Franchise Tax Board,   P0 BOX 1328,   Rancho Cordova CA 95741-1328
16166995     +Target National Bank,   P0 BOX 59317,   Minneapolis MN 55459-0317
16166996     +The Collection Connection,   6450 Bellingham Ave,   N Hollywood CA 91606-1429
16166997     +The Collection Connection,   9430 Topanga Canyon Blvd Ste 206,   Chatsworth CA 91311-5700
16166998     +The Home Depot,   P0 BOX 6029,   The Lakes NV 88901-6029
16166999     +Tulare County Health and Human Services,   5957 S Mooney Blvd,   Visalia CA 93277-9394
16167000     +U-Haul International,   Payment Processing,   P0 BOX 21501,   Phoenix AZ 85036-1501
16167001     +Washington Mutual,   P0 BOX 1097,   Northridge CA 91328-1097
16167002     +Watsonville Community Hospital,   P0 BOX 60000,   San Francisco CA 94160-0001
16310179      Watsonville Community Hospital,   c/o Michael I. Mossman,   PO Box 330129,
              Nashville TN 37203-7501
16167003      Wells Fargo Auto Finance,   711 WBroadwayRd,   Tempe AZ 85282
16167004     +Wells Fargo Bank,   P0 BOX 5058,   Portland OR 97208-5058
16167005     +Western Dental,   P0 BOX 14228,   Orange CA 92863-1228
16167006     +Western Dental Centers,   P0 BOX 14228,   Orange CA 92863-1228
16167007     +Woodbridge Home Exteriors,   4519 Sigma Rd,   Dallas TX 75244-4530
16167008     +Xpress Loan Servicing,   P0 BOX 94553,   Cleveland OH 44101-4553

The following entities were served by electronic transmission on May 15, 2009.
16166943     +E-mail/Text: bankruptcy@800loanmart.com                           800 Loan Mart,
              15821 Ventura Blvd Ste 185,   Encino CA 91436-4799
16166952     +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM May 15 2009 08:04:17      Charter Communications,
              4031 Via Oro Ave,   Long Beach CA 90810-1458
16166953     +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM May 15 2009 08:03:51      Charter Communications,
              P0 BOX 78063,   Phoenix AZ 85062-8063
16166963      E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2009 08:08:37    Discover Financial Services,
              P0 BOX 52145,   Phoenix AZ 85072
16166973     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2009 08:05:30     GE Money Bank,   P0 BOX 36960,
              Canton OH 44735-6960
```

```
District/off: 0972-9          User: msam              Page 2 of 2              Date Rcvd: May 14, 2009
Case: 09-90730                Form ID: L77            Total Served: 72

The following entities were served by electronic transmission (continued)
16166975      +E-mail/PDF: gecsedi@recoverycorp.com May 15 2009 08:05:32      JcPenney,   PO BOX 960090,
               Orlando FL 32896-0090
16166978      +E-mail/PDF: gecsedi@recoverycorp.com May 15 2009 08:05:25      Mervyns,    PO BOX 960013,
               Orlando FL 32896-0013
                                                                                                TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr            Wells Fargo Auto Finance
                                                                                         TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2009**                    Signature:  _Joseph Speetjens_